IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| V. | ) | |
| | ) | |
| CVS PHARMACY, Inc., and | ) | ORDER |
| DAVACO, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' joint motion to extend the deadline for filing their Rule 26(f) report, (filing no. 16), is granted. The report shall be filed on or before August 6, 2009.

DATED this 6th day of July, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge