IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CVS PHARMACY, Inc., and | ) | |
| DAVACO, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff moved for an order compelling defendant Davaco to serve its mandatory disclosures, answer the plaintiff's interrogatories and second set of interrogatories, and respond to the plaintiff's requests for production and second set of requests for production. Filing No. 33.  Davaco has now responded to the plaintiff's first set of interrogatories, and has served its mandatory disclosures.  Davaco requests an additional twenty-one days to respond to plaintiff's remaining discovery requests.

Plaintiff's counsel has advised the court that he does not object to Davaco's request for additional time, and with that agreement, the motion to compel is resolved.

Accordingly,

IT IS ORDERED that

1)     Davaco is given until February 17, 2010 to serve its responses to the plaintiff's second set of interrogatories and requests for production.

2)     The plaintiff's motion to compel, (filing no. 33), is denied as moot, but without prejudice to re-filing should defendant Davaco fail to timely serve discovery responses as required under this memorandum and order.

January 28, 2010.                           BY THE COURT:
                                                      s/ *Cheryl R. Zwart*
                                                      United States Magistrate Judge