IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CVS PHARMACY, Inc., and DAVACO, Inc., | ) ) | |
| | ) | |
| Defendants. | ) | |

The plaintiff filed a Motion to File an Amended Complaint (Filing No. 51), and a Motion to Compel (Filing No. 53). Defendants CVS Pharmacy, Inc., and Davaco, Inc. were ordered to file any response to plaintiff's motions on or before April 29, 2010. Filing No. 55. As of this date, the defendants have filed no response. The plaintiff's motions are therefore deemed unopposed. Accordingly,

IT IS ORDERED:

1) The plaintiff's motion to file an amended complaint (Filing No. 51), is granted, and the plaintiff's amended complaint, a copy of which is attached to her motion, shall be filed on or before May 11, 2010.

2) The plaintiff's motion to compel, (filing no. 53), is granted. On or before May 31, 2010, defendant Davaco shall designate and produce for deposition one or more officers, directors, managing agents or other persons to testify regarding the matters described in the plaintiff's motion to compel.

3) The deposition and discovery deadline is extended to May 31, 2010 solely for the purpose of securing the Rule 30(b)(6) deposition at issue in filing no. 53. In all other respects, the deposition and discovery deadline is set for May 17, 2010.

May 5, 2010.                                BY THE COURT:
                                            s/ *Cheryl R. Zwart*
                                            United States Magistrate Judge