IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| CVS PHARMACY, Inc., and DAVACO, Inc., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

    IT IS ORDERED that a telephonic status conference to discuss amending the progression as requested in the pending Motion to Continue (Filing No. 63) will be held on May 24, 2010 at 10:30 a.m. Mr. Dudley, counsel for defendant Davaco Inc., will initiate the conference call.

    DATED this 20th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge