IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| V. | ) | |
| | ) | |
| CVS PHARMACY, Inc., and | ) | ORDER TO SHOW CAUSE |
| DAVACO, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The records of the court show that on June 4, 2010 (filing 69) a text notice was electronically mailed to all counsel of record by the Office of the Clerk as follows:

> TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Defendant, Davaco. Pursuant to Fed. R. Civ. P. 7.1, non-governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.

Also, on July 20, 2010, Judge Zwart's Chambers contacted defendant Davaco's attorney, David Dudley, regarding the failure to file the Corporate Disclosure Statement. Chambers advised Mr. Dudley that a Corporate Disclosure Statement should be filed by July 23, 2010 or an order to show cause will be issued.

As of this date, no Corporate Disclosure Statement has been filed.

IT THEREFORE HEREBY IS ORDERED,

Davaco shall file the Corporate Disclosure Statement on or before August 19, 2010 or show cause by written affidavit why it cannot comply with the rules of the court.

DATED July 30, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge