IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CVS PHARMACY, Inc., and | ) | |
| DAVACO, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The parties have informed the court that they have reached a settlement regarding all issues for jury decision. However, the parties request an evidentiary hearing before the court regarding the distribution of settlement proceeds between Plaintiff Kaufman and Third-Party Defendant RGIS. RGIS, Kaufman's employer at the time of the accident, has asserted a workers' compensation subrogation claim pursuant to Neb Rev. Stat. § 48-118.

Accordingly,

IT IS ORDERED:

1) This case is removed from the Judge Kopf's trial docket.

2) A hearing on the issue of distribution of settlement proceeds will be held before Judge Kopf on December 21, 2010 beginning at 10:00 a.m. Two hours are set aside for the hearing.

3) On or before December 14, 2010, the parties shall file their respective briefs and proposed findings of fact regarding the issues to be resolved at the hearing.

DATED this 23rd day of November, 2010.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge