IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| V. | ) | |
| | ) | |
| CVS PHARMACY, Inc., and DAVACO, Inc., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On the oral motion of the parties,

IT IS ORDERED that:

(1) **By February 22, 2011**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case is removed from the court's trial docket upon representation by the parties that the case has settled.

DATED this 20th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge