IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHARON KAUFMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3087 |
| | ) | |
| v. | ) | |
| | ) | |
| CVS PHARMACY, INC., and | ) | **JUDGMENT** |
| DAVACO, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |
| | ) | |
| CVS PHARMACY, INC., | ) | |
| | ) | |
| Defendant, | ) | |
| Cross-Claim Plaintiff, | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RGIS, LLC, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

    Pursuant to the parties' Stipulation and Joint Motion to Dismiss (filing 103) and Fed. R. Civ. P. 41, plaintiff Sharon Kaufman's claims against CVS Pharmacy, Inc., and Davaco, Inc., and CVS Pharmacy, Inc.'s claims against Davaco and RGIS, LLC, are dismissed with prejudice, complete record waived, and with costs taxed to the parties incurring the same.

    DATED this 15th day of February, 2011.

                                                                   BY THE COURT:

                                                                   *Richard G. Kopf*
                                                                  United States District Judge